joleighcabanayaninf

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOLEIGH CABANAYAN,

    Defendant.

~~MAGISTRATE~~ tz
~~CRIMINAL CASE NO. 06-00028~~
CRIMINAL CASE NO.
**INFORMATION** 06-00054

**THEFT OF GOVERNMENT PROPERTY**
[18 U.S.C. § 641]
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

On or about September 7, 2006, in the District of Guam, the defendant, JOLEIGH CABANAYAN, willfully and knowingly, did steal and purloin United States property from the Navy Exchange, Guam, of the value of less than $1000, in violation of Title 18, United States Code, Section 641.

DATED this 7th day of November, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Ryan M. Anderson_
RYAN M. ANDERSON
Special Assistant U.S. Attorney