# Criminal Case Cover Sheet

**U.S. District Court**

**06-00054**

**Place of Offense:**
City: Hagåtña
Country/Parish: _____

**Related Case Information:**
Superseding Indictment _____ Docket Number: ~~06-00028~~
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

## Defendant Information:

Juvenile: Yes ___ No __X__     Matter to be sealed: ___ Yes ___ No

Defendant Name: Joleigh Cabanayan
Alias Name: _____
Address: _____
         Agat, Guam

Birthdate: xx/xx/1986   SS#: xxx-xx-5036   Sex: F   Race: A   Nationality: Filipino

## U.S. Attorney Information:

SAUSA: Ryan Anderson

Interpreter: __X__ No ___ Yes    List language and/or dialect: _____

**RECEIVED NOV - 7 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

## Location Status:

Arrest Date: _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: _____   ___ Petty __X__ Misdemeanor ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC 641 | Theft of Government Property | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: 11/7/06   Signature of AUSA: /s/ Ryan Anderson