ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RYAN ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV -8 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00054 |
| Plaintiff, | |
| vs. | ORDER |
| JOLEIGH CABANAYAN, | |
| Defendant. | |

At the request of the Government upon the filing of an Information in the case herein, it is hereby ordered that a summons be issued for the above-named defendant.

November 8, 2006
DATE

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

ORIGINAL