RECEIVED
NOV 11 2006
US MARSHALS SERVICE-GUAM

AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

UNITED STATES OF AMERICA
V.

**JOLEIGH CABANAYAN**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: **CR-06-00054**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 4th FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | **COURTROOM** |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | **Thursday, November 16, 2006 at 10:45 a.m.** |

To answer a(n)
☐ Indictment   X Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Pretrial Violation Notice

Charging you with a violation of Title _____ **18** _____ United States Code, Section(s) _____ **641** _____

Brief description of offense:

**THEFT OF GOVERNMENT PROPERTY (MISDEMEANOR)**

FILED
DISTRICT COURT OF GUAM
NOV 15 2006
MARY L.M. MORAN
CLERK OF COURT

**LEILANI R. TOVES HERNANDEZ, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**November 8, 2006**
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 11/14/06 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USMS, Hagato, Ga

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  11/15/06
             Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.