PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Carmen D. O'Mallan, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**   [ ] **Notice of Disposition**

**FILED**
DISTRICT COURT OF GUAM
DEC -4 2006
MARY L.M. MORAN
CLERK OF COURT

Date: November 16, 2006
By: Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge

Date: _____
By: _____

---

| | | | |
|---|---|---|---|
| Defendant: | CABANAYAN, Joleigh | Case Number: | USDC CR. CS. NO. 06-00054-001 |
| Date of Birth: | XX-XX-1986 | Place of Birth: | Tamuning, Guam - USA |
| SSN: | XXX-XX-5036 | | |

**NOTICE OF COURT ORDER** (Order Date: November 16, 2006)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X] The above-named defendant surrendered Passport Number ___XXXXXX___ to the custody of the **U.S. District Court on Guam.**

---

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
 ☐ Not Convicted - PS40/Passport returned to defendant.
 ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
 ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)

Case 1:06-cr-00054   Document 11   Filed 12/04/2006   Page 1 of 1   **ORIGINAL**