# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## CHANGE OF PLEA

CASE NO.: CR-06-00054                    DATE: January 05, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori              Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 10:05:16 - 10:22:57
CSO: L. Ogo / J. Lizama

**APPEARANCES:**

Defendant:  Joleigh Cabanayan              Attorney:  John Gorman

☑ Present ☐ Custody ☐ Bond ☑ P.R.         ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Ryan Anderson                        U.S. Agent:
U.S. Probation: Christopher Duenas                  U.S. Marshal: G. Perez
Interpreter:                                        Language:

**PROCEEDINGS: Change of Plea**
- Defendant orally waived her right to trial, judgment and sentencing by a district judge.
- Defendant sworn and examined.
- Pen and ink changes made to plea agreement.
- Plea entered: Guilty.
- Plea: Accepted.
- Sentencing set for: April 5, 2007 at 10:00 A.M.
- Presentence Report due to the parties: February 9, 2007.
- Presentence Report due to the Court: March 13, 2007.
- Defendant released on bail as previously ordered with the exclusion of the condition that defendant maintain and actively seek employment.

NOTES: