JOHN T. GORMAN  
Federal Public Defender  
First Hawaiian Bank Building  
400 Route 8, Suite 501  
Mongmong, Guam 96910  
Telephone: (671) 472-7111  
Facsimile: (671) 472-7120  

Attorney for Defendant  
JOLEIGH CABANAYAN

FILED  
DISTRICT COURT OF GUAM  
FEB 21 2007  
MARY L.M. MORAN  
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-00054 |
| ) | |
| Plaintiff, ) | RESPONSE TO DRAFT PRESENTENCE |
| ) | REPORT; CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| JOLEIGH CABANAYAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant, JOLEIGH CABANAYAN, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence Investigation Report.

DATED: Mongmong, Guam, February 21, 2007.

_____  
JOHN T. GORMAN  
Attorney for Defendant  
JOLEIGH CABANAYAN

**ORIGINAL**

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on February 21, 2007:

RYAN ANDERSON
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


CARLEEN BORJA
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, February 21, 2007.

RENATE A. DOEHL
Legal Secretary to

JOHN T. GORMAN
Attorney for Defendant
JOLEIGH CABANAYAN