# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00054  DATE: April 05, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori           Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore   Electronically Recorded: 10:11:55 - 10:29:00
CSO: J. Lizama

**APPEARANCES:**

Defendant: Joleigh Cabanayan                Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.           ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ryan Anderson                U.S. Agent:
U.S. Probation: Carleen Borja               U.S. Marshal: V. Roman
Interpreter:                                Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to probation for a term of <u>1 year</u>, with conditions (refer to Judgment for conditions of probation).
- Defendant ordered to pay a fine of $100.00
- Defendant was ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: