FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 06-00054-001 |
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION FOR RELEASE OF PASSPORT** |
| JOLEIGH CABANAYAN | ) | |
| Defendant. | ) | |

COMES NOW, U.S. Probation Officer Specialist Carmen D. O'Mallan, in the above-captioned case and requests for the release of the U.S. Passport Number XXXXXXXX to the defendant, Joleigh Cabanayan. The passport was released to the custody of the U.S. Probation Office pending the disposition of this case. The defendant was sentenced to a one year term of probation.

Dated this 20th day of April 2007.

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist