1  FRANK MICHAEL CRUZ
   Chief U.S. Probation Officer
2  CARMEN D. O'MALLAN
   U.S. Probation Officer Specialist
3  U.S. District Court of Guam
   2nd Floor, U.S. Courthouse
4  520 West Soledad Avenue
   Hagatna, Guam 96910
5  Telephone: (671) 473-9201
   Fax: (671) 473-9202

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00054-001 |
| Plaintiff, | ) | |
| | ) | **ORDER RELEASING PASSPORT** |
| vs. | ) | |
| JOLEIGH CABANAYAN, | ) | |
| Defendant. | ) | |

Upon application by the U.S. Probation Office, the Court hereby directs the U.S. Probation Office to release the Defendant's passport to her.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Apr 27, 2007**