PROB 34
(3/07)

**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

UNITED STATES OF AMERICA

v.

CRIMINAL CASE NO.   06-00054-001

JOLEIGH PALACIOUS CABANAYAN

    It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **April 4, 2008**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

    Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:


/s/ ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

cc:    AUSA
       Defense Counsel
       File

## *ORDER OF COURT*

    Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.



**/s/ Frances M. Tydingco-Gatewood**
       **Chief Judge**
**Dated: Apr 18, 2008**